| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ŒF^¢ÁS[ å}^* æ@ÊÄQ.&Í |
| United States Bankruptcy Court for the: | Ù[ ˇc@^¦} District of Ôa‡ã[ ¦} ã‹ (State) |
| Case number (If known): | FÎ Êa Ì Í Î -MM11 |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Blackstone Engineering 28803 El Adolfo Laguna Nigel, CA 92677 | Amin Khalili (714) 605-4525 | unsecured claim for engineering services rendered | | | | 1,500 |
| 2 | Dana Belman 333 1st St., Apt. G-308 Seal Beach, CA 90740 | Dana Delman (562) 606-4313 | clean up work on Debtor's real property | | | | 1,500 |
| 3 | Cal. Franchise Tax Board P.O. Box 942840 Sacramento, CA 94240 | (800) 852-5711 | Debtor's annual corporate tax | | | | $800 to $3,000 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor __ŒŦ^¢ÁS[ å}^*æe@ŦQ&Ŀ_____
Name

Case number (*if known*) FÎ Ĕe Ì Í Î -MM11_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2